NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CANDICE V. KNIGHT,**
*Petitioner,*

v.

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2011-3002

---

Petition for review of the Merit Systems Protection Board in case no. SF0752100263-I-1.

---

## ON MOTION

---

## ORDER

Candice V. Knight moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**OCT  0 7 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Candice V. Knight
      Jeanne E. Davidson, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT  0 7 2010

JAN HORBALY
CLERK